UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

CITADEL REALTY SERVICE, LLC,

           Plaintiff,

      - against –

CAPITAL ONE FINANCIAL CORPORATION
d/b/a Capital One Bank,

          Defendant.

--------------------------------X

**ORDER**

25 Civ. 1613 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, defendant removed this case from New York State Supreme Court, New York County (Index No. 152438/2025) on February 26, 2025; and

    WHEREAS, plaintiff, on February 25, 2025, had sought an order to show cause seeking a temporary restraining order ("TRO") that was not signed prior to removal; and

    WHEREAS, this Court requires a response to properly address the merits of the requested TRO; it is hereby

    **ORDERED** that defendant shall file its papers in opposition to the requested order to show cause no later than 5:00 P.M. on Wednesday, March 5, 2025.

Dated:   New York, New York
       March 3, 2025

                      NAOMI REICE BUCHWALD
                  UNITED STATES DISTRICT JUDGE