UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CITADEL REALTY SERVICES, LLC,

               Plaintiff,

         - against –

CAPITAL ONE FINANCIAL CORPORATION
d/b/a Capital One Bank,

               Defendant.

----------------------------------X

**ORDER**

25 Civ. 1613 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On February 26, 2025, defendant Capital One Financial Corporation ("Capital One") removed this case from New York State court.  ECF No. 6.  On March 3, 2025, plaintiff Citadel Realty Services, LLC ("Citadel") moved for an order to show cause as to why the Court should not issue a temporary restraining order and preliminary injunction to unfreeze a list of bank accounts Citadel holds at Capital One.  ECF No. 7.  On March 5 and March 6, 2025, 90 Pinehurst LLC, Cabrini Blockfront LLC, 550 Audubon Associates LLC and, separately, Comity LLC (collectively, the "Interested Parties"), submitted letter motions to intervene and join in Citadel's motion pursuant to Federal Rule of Civil Procedure 24(a)(2).  ECF Nos. 10, 17.  At a conference held on March 11, 2025, Citadel, Capital One, and the Interested Parties represented to the Court that they were on the verge of settlement and were

confident they could resolve the issues raised in Citadel's motion without judicial intervention.  The parties further requested an informal stay to pursue settlement negotiations.  Since that time, the Court has granted numerous extensions and, at the request of the parties, has scheduled a conference to further discuss settlement on February 10, 2026 at 11:00 A.M.

Given that the posture of the case has altered significantly since the filing of the motion papers and, even if the case is not resolved by settlement, will no doubt require modified briefing, the Court dismisses Citadel's motion for a preliminary injunction and the Interested Parties' associated letter motions, without prejudice to renewal if the parties ultimately fail to reach settlement.  The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 7, 10, and 17.

Dated:    New York, New York
          January 8, 2026

                              NAOMI REICE BUCHWALD
                         UNITED STATES DISTRICT JUDGE

-2-